UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-7647

OCTAVIUS BENTLEY,

                    Plaintiff – Appellant,

          v.

GENE M. JOHNSON, Director; JOHN C. JABE, Director,

                    Defendants – Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Glen E. Conrad, District Judge.  (7:09-cv-00253-gec-mfu)

Submitted:  December 3, 2009        Decided:  December 28, 2009

Before GREGORY and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Octavius Bentley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Octavius Bentley appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006), as well as the district court's order denying Bentley's "Motion to Vacate." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court and deny Bentley's motion to appoint counsel on appeal. Bentley v. Johnson, 7:09-cv-00253-gec-mfu (W.D. Va. Jul. 31, 2009; Aug. 12, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED